HARVEY K. PARTRIDGE, receiver, respondent,

*v.*

MECHANICS NATIONAL BANK OF BURLINGTON, appellant.

[Argued November 23d, 1910. Decided March 6th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Walker, whose opinion is reported in *77 N. J. Eq.* (*7 Buch.*) *208.*

*Messrs. Bleakly & Stockwell,* for the respondent.

*Mr. Ernest Watts,* for the appellant.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Walker.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, CONGDON—13.

*For reversal*—None.